# UNITED STATES DISTRICT COURT

____SOUTHERN_____ District of ____OHIO_____

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Ishmael Gonzalez-Ocampo | Case No.  1:10cr078-3 |
|  | USM No.  05103-061 |
|  | James Maus, Esq. |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __no new law violation__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Conditions | new law violation | 1/30/12 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __N/A__

Defendant's Year of Birth: __1983__

City and State of Defendant's Residence:
__N/A__

March 8, 2012
Date of Imposition of Judgment

Signature of Judge

Michael R. Barrett, United States District Judge
Name and Title of Judge

3/8/2012
Date

DEFENDANT:　　Ishmael Gonzalez-Ocampo
CASE NUMBER:　1:10cr078-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Ten(10) months BOP custody with credit for time served; no supervision to follow.

X　The court makes the following recommendations to the Bureau of Prisons:
　　The defendant be placed at a BOP facility in Southern California.

X　The defendant is remanded to the custody of the United States Marshal.

☐　The defendant shall surrender to the United States Marshal for this district:

　☐　at _____ ☐ a.m. ☐ p.m. on _____ .

　☐　as notified by the United States Marshal.

☐　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐　before 2 p.m. on _____ .

　☐　as notified by the United States Marshal.

　☐　as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
　　DEPUTY UNITED STATES MARSHAL